Ronald E. Stadtmueller, Chapter 13 Trustee        Check No. 697855
Pay to: CLERK  Clerk of the Court
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-11176 | 007-0 | JOHNNY R FULTS SR<br>Original Check written to:<br>CHEVRON<br>P O BOX 5010<br>CONCORD, CA  94524-0010 | xxxxxx0400 | 635.19 | 18.58 | 0.00 | 18.58 |
| 04-11176 | 019-0 | JOHNNY R FULTS SR<br>Original Check written to:<br>CHEVRON<br>P O BOX 5010<br>CONCORD, CA  94524-0010 | xxxxxx3135 | 365.88 | 10.70 | 0.00 | 10.70 |
| 04-11198 | 001-0 | ANTHONY L COLVIN<br>Original Check written to:<br>PALISADES ACQUISITION I LLC<br>% OSI PORTFOLIO SERVICES<br>P O BOX 105460<br>ATLANTA, GA  30348-5460 | xxxxxx6639 | 381.17 | 33.07 | 0.00 | 33.07 |
| 04-11198 | 004-0 | ANTHONY L COLVIN<br>Original Check written to:<br>SABINE COUNTY<br>TAX COLLECTOR<br>P O DRAWER 310<br>HEMPHILL, TX  75948 | xxxxxxxxxxxxxxxxxxxx0041 | 0.00 | 498.98 | 0.00 | 498.98 |
| 04-11231 | 013-0 | BEVERLY ANN PRICE<br>Original Check written to:<br>CHEVRON<br>P O BOX 2001<br>CONCORD, CA  94529-0001 | xxxxxx3309 | 637.37 | 8.56 | 0.00 | 8.56 |
| 05-10271 | 009-0 | DIANA DORSEY<br>Original Check written to:<br>PA TEACHERS FCU<br>3001 JIMMY JOHNSON BLVD.<br>PORT ARTHUR, TX  77642 | xx90-0 | 154.31 | 544.64 | 0.00 | 544.64 |
| 06-10485 | 020-0 | TERRIE E. TYSON<br>Original Check written to:<br>SFC-CENTRAL BANKRUPTCY<br>652 BUSH RIVER RD # 206<br>COLUMBIA, SC  29210 | xxxxxx4522 | 510.84 | 364.54 | 0.00 | 364.54 |

Ronald E. Stadtmueller, Chapter 13 Trustee          Check No. 697857
Pay to: CLERK  Clerk of the Court
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-61105 | 999-0 | KERBY D DAVIS<br>Original Check written to:<br>KERBY D DAVIS<br>405 BRIGADOON<br>TYLER, TX  75703 | | 0.00 | 440.20 | 0.00 | 440.20 |
| 05-90260 | 001-0 | BOBBY LAYNE CONNER<br>Original Check written to:<br>HIBERNIA NATIONAL BANK<br>LENDING LAW DEPT<br>225 BARONNE ST 11TH FLOOR<br>NEW ORLEANS, LA  70112 | 7166 | 0.00 | 1,072.50 | 30.15 | 1,102.65 |
| 06-20136 | 005-0 | MICHAEL G CHAMBLEE<br>Original Check written to:<br>CASS CAD<br>TAX COLLECTOR<br>2323 BRYAN STREET#1600<br>DALLAS, TX  75201-2644 | xxxxxxxxxxxxxxxxxxxxxx0240 | 0.00 | 81.99 | 0.00 | 81.99 |
| 08-60287 | 003-0 | MICHAEL RAY JOHNSON<br>Original Check written to:<br>DALLAS COUNTY<br>C/O LINEBARGER ET AL<br>2323 BRYAN #1600<br>DALLAS, TX  75201-2644 | xxxxxxxxxxxxx0000 | 883.51 | 0.00 | 41.42 | 41.42 |
| 08-90138 | 003-0 | RODNEY BROWN<br>Original Check written to:<br>CIT GROUP<br>715 S METROPOLITAN AVE #150<br>OKLAHOMA CITY, OK  73108 | 1601 | 1,432.52 | 0.00 | 29.38 | 29.38 |